**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 173.63.249.136**

**ISP:** Verizon Internet Services
**Physical Location:** Whippany, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/04/2016 16:29:48 | 2D977CF21E6554D14D2FCAF8763E43CA6636E264 | Luckiest Man Alive |
| 11/04/2016 16:16:57 | 3C51F17B5DEAC60CFC27949687BDB98FA9A2259C | First Time Lesbian Loving |
| 11/04/2016 16:15:27 | 4590C6D9A53E3942DEA71725AE0DC0A75B6417C4 | Floating Emotions |
| 11/04/2016 16:06:11 | C3F148404017A59D7286272FCDB2D8AE32361208 | Paint Me White |
| 11/04/2016 15:47:48 | DDBAB366A23DE818C1DCD4F00C4BC42DFA6A49A0 | Wet Perfection |
| 11/04/2016 15:43:43 | 407C62C43DE3A1F4C48979E4C145AD5199CC7F05 | Forbidden Fruit |
| 11/04/2016 14:54:59 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |
| 10/07/2016 15:23:17 | 56867CCD6147CB5079F39902C0B6F0E78A034688 | The Ranch Hand |
| 10/07/2016 14:03:00 | CF9224105265DAA2FE09AC648F316D9B9B84B93C | Sex In The Summertime |
| 10/07/2016 14:02:22 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 10/07/2016 13:54:37 | 1E10476D82581FA264DD3D5EC9771D2F49F9A677 | Love Her Madly |
| 10/07/2016 13:53:11 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |
| 10/07/2016 13:51:14 | 1F6DE1FA3F2EE1D56C908C08643E46CD474C2128 | Love Is Sexy |
| 10/06/2016 20:12:32 | CEF4BD6EB49609DCCABAFFA0266F889ED197FD6A | Romance in the Garden |

**Total Statutory Claims Against Defendant: 14**