Case 2:17-cv-01233-CCC-MF   Document 6-1   Filed 05/22/17   Page 1 of 2 PageID: 85

Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 173.63.249.136,<br><br>          Defendant. | Case No. 2:17-cv-01233-CCC-MF |

### ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND AMENDED COMPLAINT

THIS CAUSE came before the Court upon Plaintiff's Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Amended Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

1

Case 2:17-cv-01233-CCC-MF   Document 6-1   Filed 05/22/17   Page 2 of 2 PageID: 86

ORDER AND ADJUDGE:  Plaintiff's Motion is granted. Plaintiff shall have until July 31, 2017 to effectuate service of a summons and complaint on Defendant.

SO ORDERED this __5__ day of ___June___, 2017

By:_____
UNITED STATES DISTRICT JUDGE

**MARK FALK**
U.S. Magistrate Judge