UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHANDRAMAULI AMIN, <br><br> Defendant. | Civil Action No. 2:17-cv-01233-CCC-MF |

## ORDER GRANTING PLAINTIFFS THIRD MOTION TO EXTEND THE DEADLINE WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's Third Motion For Extension Of Time Within Which It Has To Serve John Doe Defendant (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDERED and ADJUDGED: Plaintiff's Motion is **GRANTED**. Plaintiff shall have up to and including November 3, 2017 to serve ~~John Doe defendant with~~ Defendant with the summons and complaint.

**DONE AND ORDERED** this _21_ day of _September_, 2017.

By: _____
HON. MARK FALK, U.S.M.J.