## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 09/21/2017 at 7:16 PM |
| NAME OF SERVER *(PRINT)* ERIC GRUBOY | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. DOCUMENTS WERE SERVED UPON CHANBRAMAULI AMIN ON 09/21/2017 at 7:16 PM BY DELIVERING A TRUE COPY WITH HIS WIFE, LEENA AMIN, AT 3 FAIRMOUNT RD, PARSIPPANY, NJ 07054

☒ Name of person with whom the summons and complaint were left: LEENA AMIN - WIFE. SHE IS AN INDIAN FEMALE, BLACK HAIR, 50's, 5'7", 130lbs

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 09/26/2017
Date

*Signature of Server* (signed: Eric Gruboy)

PO BOX 25066, NEWARK, NJ 07102
*Address of Server*

DOCUMENTS TO BE SERVED:

SUMMONS AND AMENDED COMPLAINT
AMENDED COMPLAINT- ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT
DEMAND FOR A JURY TRIAL
EXHIBITS A and B

WE SERVE NJ, LLC, PO BOX 25066, NEWARK, NJ 07102