# PATRICK J. CERILLO, LLC
## ATTORNEY AT LAW

| | | |
|---|---|---|
| PATRICK J. CERILLO*, Esq. | 4 WALTER FORAN BLVD | BASKING RIDGE OFFICE |
| *pjcerillolaw@comcast.net* | SUITE 402 | 88 SOUTH FINLEY AVENUE |
| *Qualified Family Mediator per R. 1:40 | FLEMINGTON, NJ 08822 | BASKING RIDGE, NJ 07920 |
| | VOICE: (908) 284-0997 | |
| | FAX: (908) 284-0915 | **REPLY TO:** |
| | | FLEMINGTON OFFICE |

September 14, 2018

**VIA ELECTRONIC FILING**
Honorable Judge Claire C. Cecchi
50 Walnut Street, MLK5B
Newark, NJ 07101

Re:   **Malibu Media, LLC v. Chandramauli Amin; Case No. 2:17-cv-01233-CCC-MF**

Honorable Judge Cecchi:

This firm represents the Plaintiff, Malibu Media, LLC, in the above referenced matter. Please allow this letter to serve as Plaintiff's request to reinstate Plaintiff's Motion to Strike Defendant's Affirmative Defenses and Improper Discovery Demands [CM/ECF 21].

*Pro se* Defendant Chandramauli Amin filed an Answer to Plaintiff's Amended Complaint on December 8, 2017 [CM/ECF 20]. In response, Plaintiff filed its Motion to Strike Defendant's Affirmative Defenses and Improper Discovery Demands on December 27, 2017 [CM/ECF 21]. This Court entered an Order on July 2, 2018 allowing the Defendant sixty (60) days to file an opposition [CM/ECF 22]. Sixty (60) days have elapsed and Defendant has failed to comply with the Court's Order and has not filed any opposition to Plaintiff's Motion to Strike.

Therefore, pursuant to this Court's Order, Plaintiff respectfully requests that this Honorable Court reinstate the Motion to Strike and consider it unopposed and fully briefed.

If you have any questions or require additional documents, please contact the undersigned.

Respectfully,

*/s/ Patrick J. Cerillo*
Patrick J. Cerillo

cc: Malibu Media, LLC
    Chandramauli Amin

PJC: ADMITTED TO THE BAR OF THE STATE OF NEW JERSEY; ALSO ADMITTED TO FEDERAL DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY; ALSO A MEMBER OF THE BAR OF THE UNITED STATES SUPREME COURT.